## CERTIFICATION OF RESOLUTION

I, the undersigned, David Greenfield, Managing Member of 962 972 Bushwick Ave LLC (the "Company"), do hereby certify that at a meeting of the Company duly called and held on November 6, 2023 the following resolutions were adopted:

"RESOLVED, that it is desirable and in the best interest of the Company, its creditors, and other interested parties, that a petition be filed by the Company commencing a case under Chapter 11 of title 11 of the United States Code; and it is further

"RESOLVED, that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Greenfield, as Managing Member of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further

"RESOLVED, that David Greenfield, as Manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and that the Law Offices Of Isaac Nutovic be retained as bankruptcy counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper to the successful conclusion of such Chapter 11case."

_____
Managing Member